Bobby MADISON, Appellant,

v.

STATE of Missouri, Respondent.

No. 74748.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 1999.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Movant Bobby Madison appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. We have examined the briefs and record on appeal. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous. Rule 29.15(k). An extended opinion reciting the detailed facts and restating the principles of law would serve no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 84.16(b).

Steven REASONOVER, Appellant,

v.

STATE of Missouri, Respondent.

No. 73786.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 1999.

Virginia G. Rice, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Greg A. Perry, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAWRENCE G. CRAHAN, P.J., RICHARD B. TEITELMAN, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Steven Reasonover appeals from a judgment of the circuit court denying his petition for unconditional release, pursuant to § 552.040.5 RSMo Cum.Supp.1997, from his commitment to the Department of Mental Health. We have reviewed the briefs of the parties and record on appeal, and find that the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or misapply the law. An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).